## HOHMANN et ux. v. GILLESPIE COUNTY.
### No. 10001.

Court of Civil Appeals of Texas.  San Antonio.

April 21, 1937.

———◆———

N. T. Stubbs, of Johnson City, for appellants.

Arthur Stehling, of Fredericksburg, for appellee.

MURRAY, Justice.

Neither appellants nor appellee has filed briefs herein.  It, therefore, becomes our duty to dismiss this appeal for want of prosecution.

Accordingly, the appeal will be dismissed.